# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND<br>(410) 540-4955<br>Jerry_Woods@ca4.uscourts.gov | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA |

August 7, 2024

Re: 24-1658, Dr. Michael Fernandez, D.D.S., Ltd. v. Stephen Brich

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter confirms that the mediation conference has been rescheduled for **September 5, 2024 at 10:00 a.m.** EASTERN. Our office will send the link in a reminder email the day prior to mediation. You must **provide our office with a direct telephone number for everyone participating** in case of technical difficulties.

Thank you for your assistance in this matter.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies:   Donald Rossen Schuyler Greene
Brian Gerard Kunze
Joseph Thomas Waldo
Blake Alan Willis