# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 23, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   24-1658,           Dr. Michael Fernandez, D.D.S., Ltd. v. Stephen Brich
                         2:23-cv-00069-RAJ-RJK

TO:   Miguel Fernandez
      Dr. Michael Fernandez, D.D.S., Ltd.

FILING CORRECTION DUE:  December 27, 2024

Please re-file the REPLY BRIEF by the date indicated.

[ x ] Incorrect event used. Please re-file reply brief using [BRIEF] as the docket event and choosing REPLY as the type of brief from the dropdown menu.

Donna Lett, Deputy Clerk
804-916-2704